# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**ERIK LEE YOUNGS,**

        **Plaintiff,**

v.                             Case No. 4:19cv120-MW/HTC

**DAYTONA BEACH**
**CORRECTIONAL JAIL,**

        **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 12, and has also reviewed *de novo* Plaintiff's illegible letter which this Court has construed as an objection to the report and recommendation, ECF No. 13.[1] Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objection, as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for failing to state a claim, and as frivolous, or malicious, pursuant to 28 U.S.C. § 1915(e)(2)(B) or under Federal Rule of Civil

---

[1] Mr. Youngs is a patient at Florida State Hospital in Chattahoochee, Florida.

1

Procedure 41(b) for Plaintiff's failure to prosecute and failure to follow orders of the Court." The Clerk shall close the file.

**SO ORDERED on August 29, 2019.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**